DEFENDANT: LUCIANO GARCIA-CORONA
CASE NUMBER: CR 14-76-1-LRR

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **41 months. This term of imprisonment consists of a 41-month term imposed on each of Counts 1 and 2 of the Indictment, to be served concurrently.**

■ The court makes the following recommendations to the Bureau of Prisons:

**Pursuant to 18 U.S.C. § 3584, it is recommended that the sentence for the instant offense be ordered to run consecutively to any term of imprisonment that may be imposed in The Iowa District Court for Tama County, Case No. FECR006727.**

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Fully Executed

Defendant delivered on 6/2/15 to LEE

at Ham , with a certified copy of this judgment.

C. Zych, Warden
~~UNITED STATES MARSHAL~~

By Christie Cso
~~DEPUTY UNITED STATES MARSHAL~~